GEORGE A. FULLER COMPANY *v.* SHELBY
FIREPROOFING, INC.

Appeal from Wayne, George T. Martin, J.   Submitted Division 1 July 22, 1969, at Lansing.   (Docket No. 6,661.)   Decided August 25, 1969.   Rehearing denied September 12, 1969.

Complaint by the George A. Fuller Co., a Maryland corporation, against Shelby Fireproofing, Inc., a Michigan corporation, First Federal Savings and Loan Association of Detroit, and Sheldon H. Beck, to compel consolidation of arbitration proceedings, or, in the alternative, to compel defendant First Federal Savings and Loan to arbitrate.   Judgment for defendants.   Plaintiff appeals.   Affirmed.

*Dykema, Wheat, Spencer, Goodnow & Trigg* (*W. A. Steiner,* of counsel), for plaintiff.

*Hyman, Gurwin, Nachman & Friedman,* for defendant Shelby Fireproofing, Inc.

*Clark, Klein, Winter, Parsons & Prewitt* (*Donald M. Hayes,* of counsel), for defendant First Federal Savings and Loan Association of Detroit.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

Per Curiam. Plaintiff appealed as of right from an order denying motion to consolidate arbitration proceedings or, in the alternative, to compel First Federal Savings and Loan Association of Detroit to arbitrate. First Federal has filed motion to affirm. GCR 1963, 817.5(3).

The appeal is determined by this Court's decision in *J. Brodie & Son, Inc.* v. *George A. Fuller Company* (1969), 16 Mich App 137. It is manifest that the questions sought to be reviewed, on which decision of the cause depends, are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.